Jon A. Birmingham (Cal. Bar No. 271034)
David M. Kogan (Cal. Bar No. 231383)
Fitch, Even, Tabin & Flannery LLP
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone: (818) 715-7025
Facsimile: (818) 715-7033
jbirmi@fitcheven.com
dkogan@fitcheven.com

E-FILED 11/28/16
JS-6

Attorneys for Plaintiff,
VAPOR SPOT, LLC

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAPOR SPOT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BREATHE VAPE SPOT, INC., a California Corporation,<br><br>Defendant. | Case No.: 2:15-cv-2110-PSG-E<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE |

Plaintiff VAPOR SPOT, LLC ("Plaintiff") and defendant BREATHE VAPE SPOT, INC. ("Defendant") (collectively "the Parties") have announced to the Court that they have resolved the Parties claims for relief against each other asserted in this case and entered into a Settlement Agreement. Plaintiff and Defendant have therefore requested that the Court dismiss without prejudice Plaintiff's claims for relief against Defendant and Defendant's claims for relief against Plaintiff. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against Defendant are dismissed without prejudice;
2. Defendant's claims against Plaintiff are dismissed without prejudice;
3. the Orders dated June 3, 2016 (Dkt. Entry No. 69) and October 5, 2016 (Dkt. Entry No. 91) are vacated;
4. the filing of August 11, 2016 (Dkt. Entry No. 71) is stricken;
5. Each party to bear its own costs and attorney fees except as set forth in the Settlement Agreement; and
6. The Court retains jurisdiction for enforcement of the Settlement Agreement.

Dated: 11/28/16

**PHILIP S. GUTIERREZ**

U.S. District Judge Philip S. Gutierrez